UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Case No: 3-95-bk-1532-JAF
Chapter 7

In re:

STEPHEN E. PLUM

_____Debtor

## ORDER VACATING ORDER DENYING MOTION FOR UNCLAIMED FUNDS DATED AUGUST 5, 2014

This case is before the Court upon the Court's own motion. On August 5, 2014, an Order Denying Motion for Unclaimed Funds was entered in this case in error. It is

**ORDERED:**

The Order Denying Motion for Unclaimed Funds, dated August 5, 2014, is vacated and set aside.

DONE and ORDERED in Jacksonville, Florida, this 6th day of August, 2014

_____
JERRY A. FUNK
United States Bankruptcy Judge